JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE HUNTER, | Case No. SA CV 17-671-JAK (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SANDRA HUTCHENS, Sheriff, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 4/2/18

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE